# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANGELA MYERS, OSCAR
RODRIGUEZ, PAUL SUTTON,
TREVOR ADKINS, BRENT RISH,
DEREK SAMMELMAN and MARY
MARTIN,

        Plaintiffs,

v.    Case No.: 6:23-cv-1540-WWB-LHP

NATIONAL ASSOCIATION FOR
STOCK CAR AUTO RACING, INC. and
NASCAR DIGITAL MEDIA, LLC,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On August 16, 2023, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2), requiring the filing of a case management report within forty days after any defendant appears. (Doc. 5). The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice. (Doc. 4). The first Defendant appeared in this case on September 5, 2023, but no case management report has been filed and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on October 25, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record